# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MAHOO AMIN, also known as SEYED M FAZLOLLAHZADE DIVKOLA, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED STERILIZATION PRODUCTS SERVICES INC., a California corporation; KELLY SERVICES, INC., a Michigan corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01528 JVS (JDEx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Good cause appearing therefore, **IT IS HEREBY ORDERED**, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees.

DATED: April 11, 2019

By: /s/ James V. Selna
Hon. James V. Selna
United States District Judge

ORDER

CASE NO. 8:18-CV-01528 JVS (JDEX)

55825802v.1